866 A.2d 258

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Kenton R. O'NEIL, Respondent.**

**No. 980 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 22, 2004.

## ORDER

866 A.2d 258

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**David MacGregor NEIL, Respondent.**

**No. 867 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 22, 2004.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of December, 2004, upon consideration of Opinion and Recommendation of the Three Member

Panel of the Disciplinary Board dated November 23, 2004, it is hereby

ORDERED that DAVID MacGREGOR NEIL is Suspended from the practice of law in the Commonwealth of Pennsylvania for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.